```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __12/23/2020__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**RAMON JAQUEZ,** *on behalf of himself and all others similarly situated*,

                            **Plaintiff,**

                            **-against-**

**BAUERFEIND USA, INC.,**

                            **Defendant.**

---

20-cv-06312 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty (60) days.

**SO ORDERED.**

Dated:    **December 23, 2020**
              **New York, New York**

                                                  **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**